UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF LABOR AND
CONGRESS OF INDUSTRIAL
ORGANIZATIONS,

    Plaintiff,

v.

NATIONAL LABOR RELATIONS BOARD,

    Defendant.

Civil Case No. 20-cv-00675

**DECLARATION OF CHRISTIAN SWEENEY**

    I make the following declaration in accordance with 28 U.S.C. § 1746, subject to the penalties of perjury:

    1.    My name is CHRISTIAN SWEENEY. I am over eighteen (18) years of age, and fully competent to make this declaration, have personal knowledge of the facts below, and would and could testify to them if called upon to do so.

    2.    I am employed by the American Federal of Labor & Congress of Industrial Organizations (AFL-CIO) as Deputy Organizing Director. I have served in this position since February 2011. Among my duties as Deputy Organizing Director, I work with AFL-CIO affiliated unions to develop organizing strategies, and advise those affiliated unions on various on-going organizing activities. Additionally, the AFL-CIO holds a monthly meeting of its affiliated unions' organizing directors, where these organizing directors discuss strategy and provide updates regarding on-going organizing activities. Through these and other contacts and

sources, I have access to and receive information about affiliated unions' organizing plans and programs.

3. I am aware that AFL-CIO affiliated unions are consistently and regularly filing petitions for election with the National Labor Relations Board (NLRB). I am also aware of organizing activity by affiliated unions that will result in the filing of election petitions with the NLRB after April 16, 2020, the effective date of the NLRB's new 2019 election rule.

4. For instance, I am aware that the International Association of Machinists and Aerospace Workers (IAM) filed approximately 187 petitions for election in 2019. I am further aware that the IAM has ongoing organizing drives that will result in the filing of election petitions throughout 2020, including shortly after the effective date of the 2019 election rule. I am additionally aware of at least two local unions of affiliate union UNITE-HERE that plan to file election petitions in on-going organizing drives, most likely shortly after the effective date of the 2019 election rule.

5. Additionally, I am aware that the NLRB provides public data regarding the filing of election petitions. Because of this, I am aware that 1,993 election petitions were filed in fiscal year 2019. The NLRB further provides monthly reports regarding representation cases completed in that given month. These reports include details regarding the union involved in the representation case. I have reviewed the monthly report for December 2019 and found that over half of the representation cases closed that month involved AFL-CIO affiliated unions. This information further shows that AFL-CIO affiliates are consistently and regularly filing petitions for election.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: March 9, 2020

_____
Christian Sweeney