# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Defendant. | Civil Case No. 20-cv-00675-KBJ |

**[PROPOSED] ORDER**

　　　　IT IS ORDERED that Defendant National Labor Relations Board (NLRB), and all agents, successors, deputies, servants, and employees, and all persons acting by or through the NLRB's orders, are preliminarily enjoined from enforcing or implementing any and all provisions of the Final Rule entitled "Representation – Case Procedures," promulgated on December 18, 2019, and published at 84 Fed. Reg. 69,524, until further order of this Court or the Court's final judgment in this matter.

　　　　IT IS FURTHER ORDERED that this preliminary injunction is granted without condition that a bond be filed by Plaintiff, in view of the Court's determination that no economic or other injury will result to the Defendant or to the public generally in consequence of the issuance of this Order.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE