## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American Federation of Labor and Congress of Industrial Organizations

**Plaintiff**

vs.   Case No.: 1:20-cv-00675

National Labor Relations Board

**Defendant**

## AFFIDAVIT OF SERVICE

I, Henry J. Valladares Cruz, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Plaintiff's Motion for a Preliminary Injunction, Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, Declaration of Christian Sweeney, and Proposed Order in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/10/2020 at 11:29 AM, I served National Labor Relations Board at 1015 Half Street, SE, Washington, DC 20570 with the Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Plaintiff's Motion for a Preliminary Injunction, Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, Declaration of Christian Sweeney, and Proposed Order by serving Charles Hodgins, Correspondence Clerk, authorized to accept service.

Charles Hodgins is described herein as:

Gender: Male   Race/Skin: Black   Age: 55   Weight: 220   Height: 5'10"   Hair: Bald   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

3/10/2020
Executed On



Henry J. Valladares Cruz

Client Ref Number: 1-643
Job #: 1575972

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

AMERICAN FEDERATION OF LABOR AND
CONGRESS OF INDUSTRIAL ORGANIZATIONS

*Plaintiff(s)*

v.

Civil Action No. 20-cv-00675-KBJ

NATIONAL LABOR RELATIONS BOARD

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    National Labor Relations Board
    1015 Half Street SE
    Washington, D.C. 20570-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leon Dayan
    Bredhoff & Kaiser, P.L.L.C.
    805 Fifteenth St. NW, Ste. 1000
    Washington, D.C. 20005
    (202)-842-2600
    ldayan@bredhoff.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   3/9/2020



/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*