UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>         Plaintiff,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>         Defendant. | Civil Case No. 20-cv-0675-KBJ |

**CERTIFICATE OF SERVICE FOR
MOTION FOR PRELIMINARY INJUNCTION**

On March 10, 2020, I caused Plaintiff's motion for a preliminary injunction and supporting documents, ECF No. 3, to be served on Defendant National Labor Relations Board and the United States Attorney General by personal service. *See* Summons Returned Executed as to Federal Defendant, ECF No. 4; Summons Returned Executed as to U.S. Attorney General, ECF No. 5. On March 13, 2020, I caused them to be served on the United States Attorney's Office for the District of Columbia by personal service. *See* Summons Returned Executed as to United States Attorney, ECF No. 16.

Dated: March 16, 2020               Respectfully Submitted,

                                                        /s/ Leon Dayan_____
                                                        Leon Dayan (D.C. Bar No. 444144)
                                                        Bredhoff & Kaiser, P.L.L.C.
                                                        805 15th Street, NW, Ste. 1000
                                                        Washington, D.C. 20005
                                                        Phone: (202)-842-2600
                                                        E-mail: ldayan@bredhoff.com

                                                        *Counsel for Plaintiffs*