**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
**AMERICAN FEDERATION OF LABOR –**          )
**CONGRESS OF INDUSTRIAL ORGANIZATIONS,**   )
                                            )
                     **Plaintiff,**         )
                                            )        **Case No. 20-cv-00675-KBJ**
              **v.**                        )
                                            )        **Motion hearing set for**
**NATIONAL LABOR RELATIONS BOARD,**         )        **5/14/2020 at 10:30 a.m.**
                                            )
                     **Defendant.**         )
_____ )

**DEFENDANT NATIONAL LABOR RELATIONS BOARD'S
CROSS-MOTION FOR SUMMARY JUDGMENT**

The Defendant, National Labor Relations Board (Board), hereby moves for summary

judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7(a), (h)(2) of the

Local Rules of the United States District Court for the District of Columbia. In support of this

motion, the Board directs the Court's attention to the accompanying Memorandum.

Respectfully submitted,

WILLIAM G. MASCIOLI
*Assistant General Counsel*

DAWN L. GOLDSTEIN
*Deputy Assistant General Counsel*

HELENE D. LERNER
*Supervisory Attorney*
D.C. Bar No. 420455
Helene.Lerner@nlrb.gov
(202) 273-3738

____s/Tyler James Wiese_____
TYLER JAMES WIESE
M.N. Bar No. 0392601

Tyler.Wiese@nlrb.gov
(952) 703-2891
*Field Attorney, Region 18*
*Federal Office Building*
*212 3rd Avenue S, Suite 200*
*Minneapolis, MN 55401*

MOLLY SYKES
Molly.Sykes@nlrb.gov
(202) 273-1747

JESSICA MENDOZA URIOL
Jessica.MendozaUriol@nlrb.gov
(202) 971-7853
*Attorneys*
*National Labor Relations Board*
*Contempt, Compliance, and Special Litigation Branch*
*1015 Half Street, S.E.*
*Washington, DC 20003*
*Fax: (202) 273-4244*

Dated this 15th day of April
in Washington, D.C. and in
Minneapolis, Minnesota