UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR –<br>CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>Defendant. | Case No. 20-cv-00675-KBJ |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

On April 15, 2020, Defendant National Labor Relations Board filed a motion for summary judgment in the above-captioned matter. Upon consideration of the motion, supporting papers, and the opposition thereto, it is hereby,

ORDERED that Defendant's motion for summary judgment is GRANTED.

_____
Date

_____
Honorable Ketanji Brown Jackson
United States District Court Judge

Attorneys entitled to be notified of the entry of this Order:

Leon Dayan (D.C. Bar No. 444144)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, NW, Ste. 1000
Washington, D.C. 20005
(202)-842-2600
ldayan@bredhoff.com

James B. Coppess (D.C. Bar No. 347427)
Matthew J. Ginsburg (D.C. Bar No. 1001159) (application for admission pending)
Maneesh Sharma (D.C. Bar No. 1033407) (application for admission pending)
AFL-CIO Legal Department
815 16th Street, NW
Washington, DC 20006
(202)-637-5337
jcoppess@aflcio.org
mginsburg@aflcio.org
msharma@aflcio.org

Counsel for Plaintiff