**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **AMERICAN FEDERATION OF LABOR –** **CONGRESS OF INDUSTRIAL ORGANIZATIONS,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) |
| **NATIONAL LABOR RELATIONS BOARD,** | ) ) ) |
| **Defendant.** | ) ) ) |

Case No. 20-cv-00675-KBJ

**[PROPOSED] ORDER DENYING PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**

On April 15, 2020, Plaintiff American Federation of Labor-Congress of Industrial Organizations filed a motion for summary judgment in the above-captioned matter. Upon consideration of the motion, supporting papers, and the opposition thereto, it is hereby,

**ORDERED** that Plaintiff's motion for summary judgment is **DENIED**.

_____
Date

_____
Honorable Ketanji Brown Jackson
United States District Court Judge

Attorneys entitled to be notified of the entry of this Order:

Leon Dayan (D.C. Bar No. 444144)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, NW, Ste. 1000
Washington, D.C. 20005
(202)-842-2600
ldayan@bredhoff.com

James B. Coppess (D.C. Bar No. 347427)
Matthew J. Ginsburg (D.C. Bar No. 1001159)
Maneesh Sharma (D.C. Bar No. 1033407) (application for admission pending)
AFL-CIO Legal Department
815 16th Street, NW
Washington, DC 20006
(202)-637-5337
jcoppess@aflcio.org
mginsburg@aflcio.org
msharma@aflcio.org

Counsel for Plaintiff